IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

vs.                                                                   Civil No. 5:11cv114-RS

**$10,325.00 IN UNITED STATES CURRENCY**

_____/

### ORDER OF FORFEITURE

Before me is the United States of America's Motion For Decree of Forfeiture (Doc. 7).

1. On April 22, 2011, a Verified Complaint of Forfeiture In Rem against the Defendant property, $10,325.00 in United States Currency, was filed on behalf of Plaintiff United States of America. The Complaint alleges that the Defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

2. On May 16, 2011, Rita Gail Slayton, potential claimant, was sent notice of the pending forfeiture action by certified mail. The parcel was returned to the government as "Refused".

3. On May 16, 2011, Andy Malley,1342 County Road 2617, Marietta, Texas 75566, potential claimant, was sent notice of the pending forfeiture action by certified mail. The parcel was returned to the government as "UAA Forward Expired".

4. On May 16, 2011, Andy Malley, 1129 Bahama Drive, Lima, Ohio 45801, potential claimant, was sent notice of the pending forfeiture action by certified mail. The parcel was returned to the government as "Unclaimed".

5. On May 17, 2011, Randy Wayne Sampson, potential claimant, through his attorney, Harry L. Harper, was notified, by certified mail of the pending forfeiture action.

6. On May 19, 2011, Philip Dale Brown, potential claimant of the defendant property, was notified by certified mail of the pending forfeiture action

7. Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning May 17, 2011, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions. The Notice of Publication was filed on June 28, 2011 (Doc. 6).

8. No other person or entity has filed a claim.

9. On June 16, 2011, Plaintiff and Claimant Randy Wayne Sampson, through his attorney Harry L. Harper, entered into a settlement agreement whereby $5,162.50 will be disbursed to Claimant Randy Wayne Sampson, and the remaining $5,162.50 shall be forfeited to Plaintiff United States of America.

**IT IS ORDERED:**

1. Defendant property, $5,162.50 in United States Currency, shall be forfeited to the United States of America and shall be disposed of according to law, and no right, title or interest in that property shall exist in any other party.

Plaintiff shall issue a check to Claimant Randy Wayne Sampson for the amount of $5,162.50 and forward that check to his counsel, Harry L. Harper, Harper Law Office, P.O. Box 790, Panama City, Florida 32402.

**ORDERED** on July 20, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**United States District Judge**